

# THE THIRTEENTH COURT OF APPEALS

---

13-21-00123-CV

---

William Buck, in his official capacity as Fire Chief for the Port of Houston Authority; Marcus Woodring, in his official capacity as the Chief Port Security and Emergency Operations Officer for the Port of Houston Authority; Roger Guenther, in his official capacity as Executive Director of the Port of Houston Authority; and Roger Walter, in his official capacity as Director of Human Resources of the Port of Houston Authority
v.
Stan Kozlowski, Jason Hall, Mike Stallings, Jason Roberts, Kyle Jordan, and Justin Meador

---

On Appeal from the
234th District Court of Harris County, Texas
Trial Court Cause No. 2021-13211

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered in part and affirmed in part. The Court orders the judgment of the trial court REVERSED AND RENDERED IN PART and AFFIRMED IN PART. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

May 26, 2022